PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-0099



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

March 13, 2008

VIA FACSIMILE

The Honorable Kimba M. Wood
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007-1312

    Re:    Edward Penninton III, individually and as administrator of the Estate of Roseanna DeLaune and the Estate of Paula M. Venezia v. BONY a.k.a. J.P. Morgan Chase
          07 Civ. 8533 (KMW)

Your Honor:

    I am a member of the firm of Paduano & Weintraub LLP and a member of the Bar of this Court

    On last Friday, March 7, 2008, Mr. Edward Pennington III retained me to represent him as plaintiff in the above-referenced matter, which he had been prosecuting *pro se*. I write to respectfully request that our time to file the Amended Complaint required by the Court's Order of January 15, 2008 be enlarged to March 28, 2008. By my calculations under Rule 6(a) of the Federal Rules of Civil Procedure and Local Rule 6.4, Mr. Pennington's time to file the Complaint expires on March 18, 2008.

GRANTED
KMW

    The reason for his request is two fold: (a) I am not fully familiar with this matter and (b) Mr. Pennington's search for counsel was comprehensive

SO ORDERED: NY, NY
[signature] 3/13/08
KIMBA M. WOOD
U. S. D. J.

PADUANO & WEINTRAUB LLP

The Honorable Kimba M. Wood
March 13, 2008
Page 2

and somewhat delayed by other litigation.

On the suggestion of Chambers, I am faxing this letter to the Court.

Respectfully submitted,

Joseph E. Gasperetti