PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

March 25, 2008

**MEMO ENDORSED**

BY FAX and U.S. Mail

The Honorable Kimba M. Wood
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007-1312

Re: Pennington v. Bank of New York a.k.a.
J.P. Morgan Chase, 07 Civ. 8533 (KMW)

Your Honor:

Joseph Gasperetti of this firm represents Plaintiff Edward Pennington. Currently, Plaintiff's amended complaint is due to be filed and served on Friday March 28, 2008. However, Mr. Gasperetti has been called away to an injunction hearing in California. We therefore request an extension of plaintiff's time to file and serve his amended complaint to April 11, 2008.

Respectfully submitted,

*/signature/*
Katherine B. Harrison

SO ORDERED:
*/signature/*
KIMBA M. WOOD
U.S.D.J.  3-25-08